STEPHANIE FORMAN, ESQ.; STATE BAR NO.: 195757
DIANA M. RIVERA, ESQ.; STATE BAR NO.: 222025

**THARPE & HOWELL, LLP**
**15250 Ventura Blvd., Ninth Floor**
**Sherman Oaks, California  91403**
**(818) 205-9955; (818) 205-9944 fax**
**E-Mail:  sforman@tharpe-howell.com**
**E-Mail:  drivera@tharpe-howell.com**

Attorneys for Defendant,
LOWE'S HOME CENTERS, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALONA OBA,<br><br>                    Plaintiff,<br><br>v.<br><br>LOWE'S HOME CENTERS, LLC,<br>and DOES 1 to 10, inclusive,<br><br>                    Defendants. | CASE NO.: 3:21-cv-07076-EMC<br>*[Reassigned to Hon. Edward M. Chen,<br>District Judge]*<br><br>**ORDER ON STIPULATION FOR<br>VOLUNTARY DISMISSAL WITH<br>PREJUDICE PURSUANT TO<br>SETTLEMENT**<br><br>Complaint Filed: June 28. 2021 |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure and the Stipulation between plaintiff ALONA OBA and Defendant LOWE'S HOME CENTERS, LLC, this action is dismissed with prejudice, in its entirety, with each party to bear its own costs.

IT IS SO ORDERED.

Dated: <u>August 23       </u>, 2022       _____
The Honorable Edward M. Chen
United States District Court Judge

**ORDER ON STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO SETTLEMENT**